**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7456**

_____

In Re:  RONNIE R. LITTLE,

Petitioner.

_____

On Petition for Writ of Mandamus.

_____

Submitted:  December 20, 2007      Decided:  December 28, 2007

_____

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Ronnie R. Little, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie R. Little petitions for a writ of mandamus seeking an order compelling the North Carolina state court to correct his sentence calculation.  We conclude that Little is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought.  In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).  Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances.  Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).  This court does not have jurisdiction to grant mandamus relief against state officials, Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 587 (4th Cir. 1969), and does not have jurisdiction to review final state court orders, District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 482 (1983).

The relief sought by Little is not available by way of mandamus.  Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED